IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEFFREY RIGGINS | : | CIVIL ACTION No. 10-1557 |
| v. | : | CRIMINAL ACTION No. 06-700 |
| UNITED STATES OF AMERICA | : | |

**ORDER**

AND NOW, this 13th day of December, 2011, it is ORDERED Petitioner Jeffrey Riggins's pro se Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence (Document 71) is DENIED. As Riggins has failed to make a substantial showing of the denial of a constitutional right, this Court finds no basis for issuance of a certificate of appealability.

It is further ORDERED Riggins's Motion for Extension of Time (Document 75) and Motions Requesting Sentencing Transcripts (Documents 76 and 81) are DENIED as moot.

The Clerk of Court shall mark this case CLOSED.

BY THE COURT:

　/s/ Juan R. Sánchez　
Juan R. Sánchez, J.